# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENDA SCOTT KRANKE, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-75-TFM-MU-C |
| BP EXPLORATION & PRODUCTION INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is the parties' *Stipulation of Dismissal With Prejudice*. Doc. 28, filed January 8, 2020. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both sides. Doc. 28.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the joint notice. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 8th day of January 2020.

                               s/Terry F. Moorer
                               TERRY F. MOORER
                               UNITED STATES DISTRICT JUDGE